UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA,

                Plaintiff,

-v-

CHRISTIAN ART GIFTS, INC.,

                Defendant.

22-CV-1843 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff filed a complaint on March 3, 2022. (*See* Dkt. No. 1.) Defendant moved to dismiss on May 6, 2022. (*See* Dkt. No. 13.) On May 15, 2022, Plaintiff's counsel wrote a letter stating that Plaintiff intends to file an amended complaint on or before May 27, 2022. (*See* Dkt. No. 16.) Plaintiff has not done so. Nor has Plaintiff filed an opposition to the motion to dismiss.

    By August 19, 2022, Plaintiff shall file (i) an amended complaint; (ii) an opposition; or (iii) a status letter explaining the inaction in this litigation to date. Failure to do so may result in sanctions; dismissal for failure to prosecute; or treatment of the motion to dismiss as unopposed.

SO ORDERED.

Dated: August 18, 2022
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge